CENTER FOR DISABILITY ACCESS
Claire Cylkowski, Esq., SBN 335352
Prathima Price, Esq., (SBN 321378)
100 Pine St., Ste 1250
San Francisco, CA 94111
Tel: (858) 375-7385
Fax: (888) 422-5191
clairec@potterhandy.com
Attorneys for Plaintiff
Cecil Eugene Shaw

BERLINER COHEN, LLP
Richard D. Schramm, Esq. (SBN 151696)
10 Almaden Blvd., Eleventh Floor
San Jose, California 95113
Tel: 408.286.5800
Fax: 408.998.5388
richard.schramm@berliner.com
Attorneys for Defendant
Mariani's Inn and Restaurant, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL EUGENE SHAW,<br><br>　　　Plaintiff,<br>v.<br><br>MARIANI INN AND RESTAURANT, INC., a California Corporation; and Does 1-10,<br><br>　　　Defendants. | Case No.: 5:20-cv-01367-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

## **JOINT STIPULATION FOR DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 30, 2023          CENTER FOR DISABILITY ACCESS

                                    By:   /s/ Claire Cylkowski
                                            Claire Cylkowski, Esq.
                                            Attorneys for Plaintiff

Dated: January 30, 2023          BERLINER COHEN, LLP

                                  By: /s/ Richard D. Schramm
                                       Richard D. Schramm
                                       Attorneys for Defendant
                                       Mariani's Inn and Restaurant, Inc.

4888-3160-8900v1
MNEDA\16248002

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard D. Schramm, counsel for Mariani's Inn and Restaurant, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: January 30, 2023         CENTER FOR DISABILITY ACCESS

                      By:    /s/ Claire Cylkowski
                             Claire Cylkowski, Esq.
                             Attorneys for Plaintiff